UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-258-T-17AEP

RIDA SAED

**PRELIMINARY ORDER OF
FORFEITURE FOR SUBSTITUTE ASSETS**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a preliminary order of forfeiture for the following substitute assets, in satisfaction of the defendant's forfeiture money judgment:

    a.    The real property located at **535 Maydell Drive, Tampa, Florida 33619**, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

        Begin at a point South 3°00' West 542.9 feet from the Northeast corner of Lot 1 in Block 1 of Hendry and Knights Company's Palm River Subdivision, according to the map or plat thereof, recorded in Plat Book 5, Page 70 of the Public Records of Hillsborough County, Florida for a point of beginning; thence run South 78°00' West 240 feet; thence South 41°12' East along Palm River Road 332.5 feet; thence run along the East boundary of said Lot 1, North 3°00' East 300.75 feet to the point of beginning.

        Parcel ID Number: U-22-29-19-104-000001-00001.7.

b.  The real property located at **18204 Sandy Pointe Dr. Tampa, FL 33647**, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 1, Block 13, Heritage Isles Phase 2D, according to the plat thereof recorded in Plat Book 89, Page 85, of the Public Records of Hillsborough County, Florida.

Parcel ID Number: A-09-27-20-5R5-000013-00001.0.

On February 8, 2017, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered a Forfeiture Money Judgment against the defendant in the amount of $51,838.91. Doc. 94.

The United States is entitled to forfeit the substitute assets identified above, in satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the real properties described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), in satisfaction of the defendant's forfeiture money judgment.

CASE NO. 8:16-CR-258-T-17AEP

Assuming no third party files a successful claim to the real properties, the net proceeds from the sale of the forfeited real properties will be credited towards satisfaction of the defendant's forfeiture money judgment.

The Court retains jurisdiction to address any third party claims that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 15th day of May, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record