UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-258-T-17AEP

RIDA SAED

### ORDER VACATING PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the filing of the United States' Motion to Vacate the Preliminary Order of Forfeiture for Substitute Assets, Doc. 119, entered by the Court on May 15, 2017, as it relates to the following real properties:

    a.    The real property located at 535 Maydell Drive, Tampa, Florida 33619, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Begin at a point South 3°00' West 542.9 feet from the Northeast corner of Lot 1 in Block 1 of Hendry and Knights Company's Palm River Subdivision, according to the map or plat thereof, recorded in Plat Book 5, Page 70 of the Public Records of Hillsborough County, Florida for a point of beginning; thence run South 78°00' West 240 feet; thence South 41°12' East along Palm River Road 332.5 feet; thence run along the East boundary of said Lot 1, North 3°00' East 300.75 feet to the point of beginning.

Parcel ID Number:   U-22-29-19-104-000001-00001.7.

CASE NO. 8:16-CR-258-T-17AEP

    b.    The real property located at 18204 Sandy Pointe Dr. Tampa, FL 33647, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    Lot 1, Block 13, Heritage Isles Phase 2D, according to the plat thereof recorded in Plat Book 89, Page 85, of the Public Records of Hillsborough County, Florida.

    Parcel ID Number: A-09-27-20-5R5-000013-00001.0.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture be vacated as to the real properties identified above.

DONE and ORDERED in Tampa, Florida, this 22nd day of June, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record

2