UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-258-T-176AEP

RIDA SAED.

_____/

ORDER

This cause is before the Court on:

Dkt. 141    Verified Petition, Doug Belden
Dkt. 142    Verified Petition, Hillsborough County Board of County Commissioners
Dkt. 145    Notice of Satisfaction
Dkt. 146    Order Granting Motion to Vacate Preliminary Order of Forfeiture for Substitute Assets (Dkt. 119)

After the two Verified Petitions were filed, the Government moved for an Order granting the Government's Motion to Vacate Preliminary Order of Forfeiture for Substitute Assets as to Defendant Rida Saed. The Government's Motion was granted. (Dkt. 146).

The Court notes that the Government has filed a Notice of Satisfaction (Dkt. 145) of Money Judgments as to Defendants Rida Saed, Bassam Saed and Basim Saed (Dkts. 94, 96, 98).

The Forfeiture Money Judgments have been satisfied as to all Defendants. The Court has vacated the Preliminary Order of Forfeiture for Substitute Assets as to Defendant Rida Saed. After consideration, the Court finds that the Verified Petitions are moot, and dismisses the Verified Petitions. Accordingly, it is

Case No. 8:16-CR-258-T-17AEP

**ORDERED** that the Verified Petitions (Dkts. 141, 142) are **dismissed** as moot.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 28th day of June, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record