UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:16-CR-258-T-17AEP

RIDA SAED.

_____/

ORDER

This cause is before the Court on:

Dkt. 168     Motion for Early Termination of Supervised Release
Dkt. 170     Response

Defendant Rida Saed moves for early termination of the 36-month term of supervised release pursuant to 18 U.S.C. Sec. 3583(e). Defendant seeks early termination to allow Defendant Saed to move to Jordan temporarily to spend time with Defendant's elderly mother.

Defendant Saed argues that Defendant Saed has complied with all the conditions of release without incident, and has no history of violence or drug/alcohol abuse. Defendant Saed further asserts that Defendant pleaded guilty and accepted responsibility for his actions.

The Government opposes Defendant Saed's Motion. The Government argues that Defendant Saed seeks early termination of supervised release without providing any reason that justifies that relief. The Government further argues that early termination of Defendant Saed's supervision does nothing to "reflect the seriousness of the [defendant's] crime, "promote respect for the law," or provide just punishment for the offense. The Government argues that Defendant Saed has cited nothing exceptional to justify the relief Defendant seeks.

On May 21, 2017, Defendant Saed was sentenced to 12 months and one day imprisonment, to followed by a 3-year term of supervised release. Defendant Saed served Defendant's term of imprisonment and was released to supervised release on May 3, 2018. A Satisfaction of Judgment reflects that the special assessment and restitution have been paid, and the forfeiture money judgment has bene paid. (Dkts.

134, 145).

Defendant Rida Saed has completed more than one year of the term of supervised release that the Court imposed. The Court notes that Defendant Saed is supervised as low risk in the Post-Conviction Risk Assessment, and has complied with all conditions to date.

Pursuant to 18 U.S.C. Sec. 3564(c), I have considered the factors set forth on 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determine that the early termination of the 60-month term of probation is warranted, and is in the interest of justice. Accordingly, it is

**ORDERED** that Defendant Rida Saed's Motion for Early Termination of Supervised Release (Dkt. 168) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 21st day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office